IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Paul D. Riddle and Brenda Riddle, husband and wife, | Case No. CV 13-2372-TUC-FRZ |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| Wells Fargo Bank, National Association, a California United States federally chartered bank; el al., | |
| Defendants. | |

The Court having considered the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS ORDERED that Wells Fargo Bank, N.A. is dismissed, with prejudice; each party shall bear their own respective costs and attorneys' fees.

Dated this 16th day of March, 2015.

Frank R. Zapata
Senior United States District Judge